UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RALPH GENCO,

    Plaintiff,                             CASE NO.:  6:17-CV-01869-JA-GJK

-vs-

BLUESTEM BRANDS, INC., D/B/A
FINGERHUT,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW Plaintiff, Ralph Genco, by and through the undersigned counsel, and hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated this 20th day of March, 2018.

                                                      */s/ Octavio Gomez*
                                                      Octavio "Tav" Gomez, Esquire
                                                      Morgan & Morgan, Tampa, P.A.
                                                      One Tampa City Center
                                                      201 N. Franklin Street, 7th Floor
                                                      Tampa, FL 33602
                                                      Tele:  (813) 223-5505
                                                      Fax:  (813) 223-5402
                                                      TGomez@ForThePeople.com
                                                      Florida Bar #: 0338620
                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing was filed on this 20th day of March, 2018 via the Court's CM/ECF system which sent electronic notice to all parties of record.

/s/ *Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Florida Bar #: 0338620
Attorney for Plaintiff