UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RALPH GENCO,

    Plaintiff,                                 CASE NO.:  6:17-CV-01869-JA-GJK

-vs-

BLUESTEM BRANDS, INC., D/B/A
FINGERHUT,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Ralph Genco, and the Defendant, Bluestem Brands, Inc., d/b/a Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of May, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Ailen Cruz* |
| Octavio "Tav" Gomez, Esquire | Ailen Cruz, Esquire |
| Morgan & Morgan, Tampa, P.A. | WIAND GUERRA KING P.L. |
| One Tampa City Center | 5505 West Gray Street |
| 201 N. Franklin St., 7th Floor | Tampa, FL 33609 |
| Tampa, FL 33602 | Tele: (813) 347-5139 |
| Tele: (813) 223-5505 | Fax: (813) 347-5199 |
| Fax: (813) 223-5402 | ACruz@wiandlaw.com |
| Florida Bar#: 0338620 | Florida Bar#: 105826 |
| tgomez@forthepeople.com | Attorney for Defendant |
| Attorney for Plaintiff | |